# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No.: 04-326 |
| ) | |
| JAMES BRICKER, ) | |
| Defendant ) | |

## ORDER OF COURT

AND NOW, to-wit, this 4th day of Aug, 2010, upon motion of the Defendant, it is hereby ORDERED that the Defendant's supervised release is terminated.

BY THE COURT:

_____, J.

cc: All Counsel
US Probation